**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6171**

In Re: GREGORY MILANOVICH,

                                        Petitioner.

On Petition for Writ of Mandamus.  (CA-00-234-MU)

Submitted:  April 20, 2001            Decided:  July 5, 2001

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Gregory Milanovich, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Milanovich petitions this court for a writ of mandamus compelling Chief District Judge Graham C. Mullen to reverse his order transferring Milanovich's civil action to the United States District Court for the Southern District of Georgia. Milanovich has failed to demonstrate he has no other adequate means to attain the relief he desires or that his right to mandamus relief is clear and indisputable. See Allied Chem. Corp. v. Diaflon, 449 U.S. 33, 35 (1980).

Accordingly, we grant Milanovich's motion for relief from the provisions of Fed. R. App. P. 21, but we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED